O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WALKER, ) | Case No. CV 09-00753 DDP (JCx) |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING MOTION THAT** |
| ) | **DEFENDANTS BE REQUIRED TO APPEAR** |
| WOLPOFF & ABRAMSON, LLP; ) | **THROUGH COUNSEL** |
| MANN BRACKEN, LLP, ) | |
| Defendants. ) | |
| _____ ) | [Motion filed on 9/10/10] |

Plaintiff Larry Walker brought suit against Defendants for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k(d). (Complaint at ¶¶ 1, 31.) Defendants, represented by counsel, answered Plaintiff's complaint on April 28, 2009. (Dkt. No. 12.) On August 3, 2010, this court granted the unopposed motion of Tomio B. Narita, Michael R. Simmonds, Jeffrey A. Topor, and Simmonds & Narita LLP to withdraw as counsel. (Dkt. No. 30.) Defendants have not obtained new counsel. Plaintiffs now file an unopposed motion for an order requiring defendants to appear through counsel. Artificial entities, such as Defendants, may only appear in federal court through a licensed attorney. Rowland v.

<u>California Men's Colony, Unit II Men's Advisory Council</u>, 506 U.S. 194, 202 (1993).

    Accordingly, Plaintiff's motion is GRANTED. Defendants shall file an association of counsel within twenty days of the date of this order. Should Defendants fail to obtain counsel by November 29, 2010, their answer shall be stricken from the docket and Plaintiff shall immediately file a motion for default judgment. All trial dates are hereby vacated, and may be re-scheduled if necessary.

IT IS SO ORDERED.

Dated: November 12, 2010

DEAN D. PREGERSON
United States District Judge